UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRIAN J. OLIVIER                            :
                                            :
        VS.                                 :        C.A. NO. 1:15-cv-431-M-LDA
                                            :
PROGRESSIVE NORTHERN                        :
INSURANCE COMPANY                           :

## STIPULATION OF DISMISSAL

In the above entitled matter, the following has been agreed to by and between the parties:

All claims are hereby dismissed with prejudice – no interest – no costs.

| BRIAN J. OLIVIER | PROGRESSIVE NORTHERN INSURANCE COMPANY |
|---|---|
| /s/ Michael J. Mulcahy | /s/ C. Russell Bengtson |
| MICHAEL J. MULCAHY #2629 | C. RUSSELL BENGTSON #1233 |
| 375 Pontiac Avenue | Bengtson & Jestings, LLP |
| Cranston, RI 02910 | 40 Westminster Street, Suite 300 |
| Telephone: (401) 467-1960 | Providence, RI 02903 |
| Facsimile: (401) 467-6470 | Telephone: (401) 331-7272 |
| Email: mulcahylaw@cox.net | Facsimile: (401) 331-4404 |
| | Email: rbengtson@benjestlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the _9th_ day of _May_, 2016, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Michael J. Mulcahy, Esq., mulcahylaw@cox.net will receive notice through the ECF system.

/s/ Mary Ann Pinelli